239 So.2d 359

**PORT FINANCE COMPANY, Inc.**

**v.**

**John H. DAIGLE.**

**No. 50758.**

Sept. 30, 1970.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in its judgment.

239. So.2d 359

**Emanuel STATION, Individually and on Behalf of and as Administrator of the Estate of his Minor Daughter, Geraldine Station**

**v.**

**TRAVELERS INSURANCE COMPANY and the East Baton Rouge Parish School Board.**

**No. 50768.**

Sept. 30, 1970.

Writ refused. The judgment of the Court of Appeal is not final.